IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:90CR26 |
| ALDO CANO RODRIGUEZ, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 936), leave of court is granted for the filing of the dismissal of the Petition on Probation and Supervised Release filed September 29, 1992.

IT IS ORDERED that the Motion to Dismiss the Petition on Probation and Supervised Release filed September 29, 1992 (Filing No. 936) is granted.

Dated this 5th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge